UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MORGAN JENAE GREGG

        Plaintiff,

v.                                      Case No. 8:23-cv-1455-CEH-AEP

WAFFLE HOUSE, INC.,

        Defendant.

_____/

## **ORDER**

This cause comes before the Court upon Defendant's Motion to Compel Plaintiff's Deposition Testimony (Doc. 16) and Plaintiff's Response (Doc. 18). By the Motion, Defendant seeks to compel Plaintiff to continue her deposition based upon the prior incomplete deposition. The Court held a hearing on the matter on July 31, 2024 (Doc. 19).

For the reasons stated at the hearing, it is hereby

ORDERED:

1.      Defendant's Motion to Compel Plaintiff's Deposition Testimony (Doc. 16) is GRANTED to the extent that Defendant may continue Plaintiff's deposition at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

2.      Plaintiff's deposition must occur within 30 days of the date of this Order.

3.      The parties are directed to coordinate the date and time of Plaintiff's deposition at the Sam M. Gibbons United States Courthouse with the undersigned's chambers.

4.      Defendant's request for fees in connection with the Motion (Doc. 16) is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Tampa, Florida, on this 1st day of August 2024.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:     Counsel of Record